IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-10904
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR ALLEN RICHARDS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:98-CR-8-1

_____

March 9, 2000

Before POLITZ, JOLLY, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Victor Allen Richards has moved for leave to withdraw

and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Richards has

not filed a response to the instant motion. Our independent review of counsel's brief and the

record discloses no nonfrivolous issue for appeal.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.